LAWSON, Respondent, v. LAWSON, Appellant (two cases). (Supreme. Court, Appellate Division, Second Department. December 29, 1905.) Action by William M. Lawson against Lena L. Lawson. No opinion. Order affirmed, without costs.

LAWYERS' ADVERTISING CO., Respondent, v. CONSOLIDATED RY.. LIGHTING & REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by the Lawyers' Advertising Company against the Consolidated Railway, Lighting & Refrigerating Company. F. Woodbridge, for appellant. G. Roberts, for respondent. No opinion. Judgment affirmed, with costs.

LEITER, Respondent, v. THOMAS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Joseph Leiter against Edward R. Thomas and others. R. A. Irving, for appellants. C. K. Carpenter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LENORAK, Respondent, v. DUFFY, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by John Lenorak, an infant, by Gottfried A. Metz, his guardian ad litem, against Jane E. Duffy, as executrix, etc., of Terence J. Duffy, deceased.

PER CURIAM. Judgment and order affirmed, with costs.

MILLER, J., dissents.

LEWIS, Appellant, v. TINDEL–MORRIS CO., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Thomas A. Lewis against the Tindel-Morris Company. No opinion. Order affirmed, with $10 costs and disbursements.

LEWIS v. TINDEL–MORRIS CO. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Thomas A. Lewis against the Tindel-Morris Company. No opinion. Motion denied, with $10 costs.

LEWIS, Appellant, v. TOWN OF CORNWALL, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Alfred Lewis against the town of Cornwall. No opinion. Judgment and order unanimously affirmed, with costs.

LILIENTHAL et al. v. BETZ. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Albert Lilienthal and others against John F. Betz. No opinion. Motion granted, and questions certified as stated in memorandum.

LINDEN, Appellant, v. NORTH CAROLINA LUMBER CO., Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Augustus Linden against the North Carolina Lumber Company. A. J. Rose, for appellant. A. S. Andrews, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LINN, Appellant, v. LINN, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by James Roberts Linn against Alie May Linn. No opinion. Judgment affirmed, with costs.

LINZY, Appellant, v. WHITNEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Harriet A. Linzy against Mary E. Whitney, and others. No opinion. Motion for order substituting the temporary administrator of Mary E. Whitney, one of the respondents, now deceased, in the place and stead of said Mary E. Whitney, granted.

LIPIS v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Girvan Lipis against the Metropolitan Street Railroad Company. No opinion. Motion denied, without costs.

LORD, Respondent, v. EQUITABLE LIFE ASSUR. SOC. OF THE UNITED STATES. Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 19, 1906.) Action by Franklin B. Lord against the Equitable Life Assurance Society of the United States and others. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question certified.

LORDVILLE & EQUINUNK BRIDGE CO. v. DE LACKNER. (Supreme Court, Appellate Division, Third Department. January 16, 1906.) Action by the Lordville & Equinunk Bridge Company against Charles De Lackner. No opinion. Motion granted, with $10 costs. unless the appellant, within 30 days after service of a copy of this order, file and serve the necessary papers on appeal and pay $10 for the default and $10 costs of the motion, in which case motion denied, without costs.

LOVEJOY v. WEIL. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Irving P. Lovejoy against Charles Weil. No opinion. Motion denied, with $10 costs.

LOWENFELD et al., Appellants,· v. DEIBLE, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Pincus Lowenfeld and another against Julie Deible. S. Levy, for appellants. L. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LOWENFELD, Appellant, v. REGELMANN, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Pincus Lowenfeld against Henry Regelmann. S. Levy, for appellant. L